IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KERRY BIGELOW, )
 )
       Plaintiff, )
 )
v. ) 1:12CV396
 )
TAPROCK ENTERPRISES, d/b/a, )
Jani-King of the Triad, et al., )
 )
       Defendants. )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 23, 2012, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed for lack of subject matter jurisdiction. A Judgment dismissing this action will be entered contemporaneously with this Order.

                              /s/ Thomas D. Schroeder
                              United States District Judge

May 31, 2012